IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR348 |
| vs. | ORDER |
| DANIEL KINNISON, | |
| Defendant. | |

The court has approved withdrawal of Federal Public Defender, Michael F. Maloney, in this case. After a review of the Financial Affidavit previously filed in this matter, I find that the above-named defendant is eligible for appointment of new counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED that Glenn A. Shapiro is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

IT IS FURTHER ORDERED that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

IT IS FURTHER ORDERED that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Glenn A. Shapiro.

Dated this 22nd day of December, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge